UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
JOEL J. MALEK, individually and on behalf of all others similarly situated,

                              Plaintiff,

vs.

AXA EQUITABLE LIFE INSURANCE CO., LEONARD FEIGENBAUM, and DOES 1-1000,

                             Defendants.
------------------------------------------------------------------ X

No. 20-cv-04885 (DG) (AYS)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Daniel Scott Furst, Esq. of the law firm Sichenzia Ross Ference LLP, duly admitted to the Bar of this Court, hereby appears as counsel of record in the above-captioned action on behalf of Defendant Leonard Feigenbaum. It is respectfully submitted that all future notices of electronic filing related to this matter be forwarded to the undersigned.

Dated: New York, New York
        March 9, 2023

                                                  Respectfully submitted,

                                                  SICHENZIA ROSS FERENCE LLP

                                                  _____
                                                  Daniel Scott Furst, Esq. (SF-9404)
                                                  1185 Avenue of the Americas, 31st Floor
                                                  New York, New York 10036
                                                  (212) 930-9700
                                                  sfurst@srf.law

                                                  *Attorneys for Defendant Leonard Feigenbaum*