UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Joel J. Malek, individually and on behalf of all
others similarly situated,

                Plaintiff,                      JUDGMENT
                                                20-CV-04885 (DG) (AYS)
   -against-

AXA Equitable Life Insurance Co., Leonard
Feigenbaum, and Does 1-1000,

                Defendants.
-------------------------------------------------------------X

A Memorandum and Order of the Honorable Diane Gujarati, United States District Judge, having been filed on March 29, 2023, granting Defendant Equitable's Motion to Dismiss, ECF No. 33, and Defendant Feigenbaum's Motion to Dismiss, ECF No. 36; and dismissing the Complaint, ECF No. 1, in its entirety; it is

       ORDERED and ADJUDGED that Defendant Equitable's Motion to Dismiss, ECF No. 33, and Defendant Feigenbaum's Motion to Dismiss, ECF No. 36, are granted; and that the Complaint, ECF No. 1, is dismissed in its entirety.

Dated: Brooklyn, New York                               Brenna B. Mahoney
       March 31, 2023                                    Clerk of Court

                                                   By:    */s/Jalitza Poveda*
                                                                 Deputy Clerk